**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE LEAR CORP. ERISA LITIGATION | MASTER FILE: 2:06-cv-11735<br>Judge Arthur J. Tarnow |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER AWARDING CLASS COUNSEL ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES
AND NAMED PLAINTIFFS' CASE CONTRIBUTION AWARDS**

This matter having come before the Court on June 22, 2009, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") dated as of March 6, 2009, and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class. Class Counsel are hereby awarded attorneys' fees of $1,575,000.00 and reimbursement of litigation expenses in the sum of $57,045.49 (the "Attorneys' Fees and Expenses"). The Court finds that the fees awarded are appropriate, fair and reasonable given the substantial risks

of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.  No other fees, costs or expenses may be awarded to Plaintiffs' Class Counsel in connection with the Settlement.

      3.     The awarded Attorneys' Fees and Expenses shall be paid to Class Counsel subject to the terms, conditions and obligations of the Settlement Agreement, which conditions and obligations are incorporated herein.

      4.     Each of the Named Plaintiffs is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

**SO ORDERED** this 24th day of June, 2009.

                        S/ARTHUR J. TARNOW
                        Arthur J. Tarnow
                        United States District Judge

Dated: June 24, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 24, 2009, by electronic and/or ordinary mail.

                        S/FELICIA M. MOSES
                        Relief Case Manager